IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ASSA REALTY LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEYYAZ OCALAN and CASSA HOUSING LLC,<br><br>　　　　　　　　　　　Defendants. | Civil Action 1:17CV1257-LO-JFA |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Defendants Feyyaz Ocalan and Cassa Housing LLC, providing notice of substitution of counsel and seeking leave of Court for the withdrawal of Sudip Kundu, and the firm of Kundu PLLC as counsel for Feyyaz Ocalan and Cassa Housing LLC, who will be represented by the undersigned Robert N. Cook of Whitham & Cook, P.C. in this proceeding. Feyyaz Ocalan, Cassa Housing LLC, and Kundu PLLC thus ask the Court for leave for Kundu PLLC to withdraw, at the direction of Feyyaz Ocalan and Cassa Housing LLC, noting that successor counsel has appeared. A proposed order granting the requested leave is submitted herewith.

Date: July 25, 2018

Respectfully submitted,

/s/  Robert N. Cook
_____
Robert N. Cook (Bar No. 36411)
Whitham & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice) • (703) 787-7557 (fax)
bob@wcc-ip.com

Counsel for Defendants
FEYYAZ OCALAN and
CASSA HOUSING LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I will electronically file the foregoing MOTION FOR SUBSTITUTION OF COUNSEL with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System, which will send a notification of electronic filing ("NEF") to:

>James David Johnson
>Johnson & Martin, P. A.
>500 West Cypress Creek Road, Suite 430
>Fort Lauderdale, FL 33309
>954-790-6700 (voice)
>954-206-0017 (fax)
>david.johnson@johnsonmartinlaw.com
>litigation@johnsonmartinlaw.com
>Counsel for Plaintiff
>ASSA REALTY LLC

There is no party requiring a different form of service under this Court's electronic filing procedures.

>/s/  Robert N. Cook
>_____
>Robert N. Cook (Bar No. 36411)
>Whitham & Cook, P.C.
>11491 Sunset Hills Road, Suite 340
>Reston, Virginia 20190
>(703) 787-9400 (voice)
>(703) 787-7557 (fax)
>bob@wcc-ip.com
>
>Counsel for Defendants
>FEYYAZ OCALAN and
>CASSA HOUSING LLC

Date: July 25, 2018