IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ASSA REALTY LLC,

    Plaintiff,

v.

    Civil Action No. 1:17cv1257 (LO/JFA)

FEYYAZ OCALAN, et al.,

    Defendants.

## ORDER

On August 8, 2018, Robert Cook filed a motion to withdraw as counsel for the defendants Feyyaz Ocalan and Cassa Housing LLC. (Docket no. 44). A waiver of hearing was also filed with the motion. (Docket no. 45). While the motion reflects that the defendants recognize that if the motion to withdraw is granted they will not be represented in this action (Docket no. 44 at 4), it was not clear that they understand that counsel must be retained to represent a corporate entity such as Cassa Housing, LLC. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). On August 23, 2018, Mr. Ocalan filed a letter with court in which it appears that he understands that he is not able to represent Cassa Housing LLC. (Docket no. 48). Nevertheless, the undersigned required that this matter be noticed for a hearing on September 7, 2018. (Docket nos. 46, 47). At the hearing on September 7, 2018, counsel for the defendants and Mr. Ocalan appeared and the court explained the significance of counsel withdrawing, the ability of Mr. Ocalan to represent himself in the proceedings, and the need for counsel to be retained to represent defendant Cassa Housing LLC. For the reasons stated from the bench, it is hereby

ORDERED that the motion to withdraw filed by Robert Cook and the firm of Whitham & Cook, P.C., is hereby granted.

Entered this 7th day of September, 2018.

/s/ *JFA*
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia